UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYBORN WASHINGTON, | No. 1:25-cv-00684 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO COMPLETE NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| JUAN PEREZ, et al., | (See ECF No. 1 at 1) |
| Defendants. | PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS DUE IN TWENTY-ONE DAYS |

Plaintiff, an individual proceeding pro se who appears to be civilly committed,[1] seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis, presumably, pursuant to 28 U.S.C. § 1915. See ECF No. 1 at 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Assuming that Plaintiff is being detained pursuant to California Welfare and Institutions Code § 6600 et seq., he is not a prisoner within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Therefore, he is not required to provide a

---

[1] According to Plaintiff's complaint, he is currently located at Coalinga State Hospital. See ECF No. 1 at 1 (Plaintiff's address on cover page of complaint).

1

copy of a prisoner trust fund account statement, nor is he required to exhaust administrative remedies.[2] Id.

However, as civil detainee status, pursuant to 28 U.S.C. § 1915(a)(1), in order to proceed without the prepayment of fees, Plaintiff is still required to file an application to proceed in forma pauperis prior to proceeding with this action. Therefore, the Court will direct the Clerk of Court to send Plaintiff a copy of the Court's non-prisoner application to proceed in forma pauperis. Plaintiff will be given twenty-one days to complete and return it to the Court. Thereafter, the Court will consider the Plaintiff's in forma pauperis application.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's non-prisoner application to proceed in forma pauperis, and

2. Within twenty-one days from the date of this order, Plaintiff shall complete and return the form to the Court.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: **September 22, 2025**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] If, however, at any point during these proceedings, Plaintiff's civil detainee status changes, he may become subject to these requirements, and/or he may be required to file another application to proceed in forma pauperis.

2