UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYBORN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00684-JLT-EPG<br><br>ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 7) |

　　　　Plaintiff Clayborn Washington proceeds *pro se* in this civil rights action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 7). Plaintiff filed a complaint pursuant to 42 U.S.C § 1983 on June 5, 2025. (ECF No. 1).  On September 23, 2025, the Court ordered Plaintiff to complete a Non-Prisoner Application to procced *In Forma* Pauperis because he is not a prisoner within the meaning of the Prison Litigation Reform Act[1]. *Page v. Torrey,* 201 F.3d 1136, 1140 (9th Cir. 2000). (ECF No. 5)

　　　　Plaintiff filed his *in forma pauperis* application on October 6, 2025. (ECF No. 7) and Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 5) are granted.

IT IS SO ORDERED.

　　　Dated:　**October 8, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's complaint states his address is Coalinga State Hospital. (ECF No. 1).

1