**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYBORN WASHINGTON,<br>Plaintiff,<br>v.<br>JUAN PEREZ, et al.,<br>Defendants. | Case No. 1:24-cv-00684-JLT-EPG<br>ORDER CONSTRUING PLAINTIFF'S REQUEST AS A NOTICE OF VOLUNTARY DISMISSAL<br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Doc. 11) |

On September 11, 2026, Plaintiff filed document in which he "seeks to have [the] case dismissed to refile at a later date." (Doc. 11 at 1.) The Court construes Plaintiff's request as a notice of voluntary dismissal under Rule 41 of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants have not appeared or filed an answer, the action is automatically terminated under Rule 41(a). *Id.* Thus, the Court **ORDERS**:

1. Plaintiff's request (Doc. 11) is **CONSTRUED** as notice of voluntary dismissal under Rule 41(a).
2. The Findings and Recommendations dated August 26, 2026 (Doc. 10) are terminated as **MOOT**.

///

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _September 17, 2026_

UNITED STATES DISTRICT JUDGE